JEFFER MANGELS BUTLER & MITCHELL LLP
STANLEY M. GIBSON (Bar No. 162329)
sgibson@jmbm.com
ROD S. BERMAN (Bar No. 105444)
rberman@jmbm.com
JESSICA BROMALL SPARKMAN (Bar No. 235017)
jbromall@jmbm.com
LENA STREISAND (Bar No. 339021)
lstreisand@jmbm.com
1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
Telephone:  (310) 203-8080
Facsimile:   (310) 203-0567

Attorneys for Plaintiff PAIGE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHOP PAIGE LLC, a New York limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-07800-HDV-SK<br><br>**NOTICE OF MOTION AND MOTION FOR EQUITABLE RELIEF AND ATTORNEYS' FEES AND COSTS**<br><br>*Filed Concurrently with Brief in support of Motion for Equitable Relief and Attorneys' Fees and Costs; Declaration of Jessica Bromall Sparkman; [PROPOSED] Judgment & Permanent Injunction*<br><br>The Hon. Hernán D. Vera<br><br>Date:  May 30, 2024<br>Time:  10:00 a.m.<br>Ctrm.:  5B |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order dated February 28, 2024 (Dkt. No. 87) and the briefing schedule set therein, Plaintiff Paige, LLC ("Paige") will and hereby does move this Court for entry of a final judgment and permanent injunction enjoining further infringement, awards disgorgement of Defendant's profits from its infringing conduct, finds that this is an exceptional case, and awards Paige attorneys' fees and litigation costs in the amount of $452,761, as more specifically set forth in the [PROPOSED] Judgment & Permanent Injunction lodged concurrently herewith.

This Motion is based upon this Notice of Motion and the concurrently-filed Brief in support and the Declaration of Jessica Bromall Sparkman and exhibits thereto, the pleadings and records on file, and such other or further argument and evidence as the Court may consider in connection with this Motion.

DATED: May 2, 2024

JEFFER MANGELS BUTLER &
MITCHELL LLP
STANLEY M. GIBSON
ROD S. BERMAN
JESSICA BROMALL SPARKMAN
LENA STREISAND

By: _____*s/ Jessica Bromall Sparkman*_____
JESSICA BROMALL SPARKMAN
Attorneys for Plaintiff PAIGE, LLC